JS-6

Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm – SBN 248983
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
Lynette Farley

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LYNETTE FARLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>    Defendant. | CASE NO.: 2:15-cv-07084-AB-AJW<br><br>[~~PROPOSED~~] ORDER FOR DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE |
|---|---|

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear its and her own fees and costs.

DATED: December 13, 2016

_____
Hon. André Birotte Jr.
United States District Judge